# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:15 CR 49

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| PHILIP NELSON ELLIOTT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS CAUSE coming on to be heard before the undersigned pursuant to a Violation Report (#20) filed by the United States Probation Office alleging that Defendant has violated terms and conditions of his presentence release. At the call of this matter on for hearing it appeared that Defendant was present with his counsel, Renae Alt-Summers, and the Government was present through AUSA, John Pritchard. At the call of the matter, Mr. Pritchard advised the Court the Government wished to take a dismissal of the Petition. It appearing to the Court that good cause has been shown for the granting of the motion and the Defendant had no objection, the Court will allow the motion to dismiss the allegations contained in the Violation Report(#20).

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Violation Report (#20) filed in this matter on October 9, 2015 is hereby **DISMISSED**.

Signed: November 9, 2015

Dennis L. Howell
United States Magistrate Judge