UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-49-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PHILLIP NELSON ELLIOTT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 41).

### ORDER

**IT IS, THEREFORE, ORDERED** that within ten days the Government shall file a response to defendant's motion.

Signed: June 3, 2020

Max O. Cogburn Jr
United States District Judge