UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cr-49-MOC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PHILIP NELSON ELLIOTT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 41). The Court ordered a response from the Government on June 3, 2020. The Government has responded, indicating that it does not oppose the relief sought. Based on the entirety of the record, the Court determines that defendant qualifies for early termination and enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Probation/Supervised Release, (Doc. No. 41) is **GRANTED**, and defendant's supervised release is hereby terminated.

Signed: June 6, 2020

Max O. Cogburn Jr
United States District Judge